## WHARTON &$^a$ ag$^t$ ELSON

Rich$^d$ Wharton & Thomas Bendish in behalfe of themselues & Correspondants late Hirers & affreighters of the Ship Blessing plaint$^s$ ag$^t$ James Elson now or late Master of the s$^d$ Ship Defend$^t$ in an action of the case for that the s$^d$ James Elson hath unjustly & indirectly in France rec$^d$ into & still detaines in his hands the Summe of One hundred Ninety Seven Livers or thereabouts belonging to the pl$^{ts}$ & theire Correspondents which hee acknowledged to haue received & is so much more then the utmost penalty of a Charterparty, upon pretence whereof & of demorage due to the s$^d$ Ship hee witholdeth the afores$^d$ Summe, whereby the pl$^{ts}$ & correspondents are damnified thirty pounds or thereabouts with other due damages according to attachm$^t$ dat. January. 19° 1675. . . . The Jury . . . founde for the plaint$^s$ One hundred Ninety seven Livers or nineteen pounds Fourteen Shillings New-England mony & costs of Court. The Defend$^t$ appealed from this Judgem$^t$ unto the next Court of Assistants & himselfe principall in Forty pounds, m$^r$ Peter Lidget & m$^r$ Sam$^{ll}$ Shrimpton Sureties in £20 apeice acknowledged themselues respectiuely bound to . . . prosecute his appeale . . .

[ The documents filed with this case reveal an interesting and doubtless profitable triangular trade between Boston, the French West Indies, and France. First is the owners' letter of instructions to the master (S. F. 1430.2):

m$^r$ James Elson         .      Boston November. 12th 1674

S$^r$ wee having yesterday loaden yo$^r$ Ship Blessing & finished what on our parts appertaines to yo$^r$ dispatch, wee now advise & order you with the first oppertunity of winde & weather to depart & Saile hence as directly as you can for the Jsland of Martineco & there apply yo$^r$ selfe to m$^r$ Clerbo Bergee or in his absence to m$^r$ Augustin Melott & to attend theire orders for delivery & dispatch of the Ship according to Charterparty, but in case you finde neither the s$^d$ Gentlemen there, nor such other Order as may correspond with yo$^r$ & o$^r$ Security & the s$^d$ Charterparty, then wee referr it to yo$^r$ own discretion to gain the best advise you can for the disposall of yo$^r$ Loading at Martineco or any other of the

French Jslands & receiving aboard again the effects thereof & such goods as may offer upon Freight to yo$^r$ full loading & therewith to Saile to the port of Rochell in France & there w$^{th}$ the advice of m$^r$ Bailly to receive yo$^r$ Freight & dispose thereof & [o$^r$] effects aboard to the Satisfaction of yo$^r$ Ship hyre & the remainder to leaue in his hands for o$^r$ use; Also wee advise & order you that in case the Dutch haue made a conquest of that Jsland & so you bee debarr'd of trade w$^{th}$ French & Dutch, or in case you haue certain news of warr between England & France that then you either Saile to the Jsland of Barbados or Nevis as the winds may favour & you may judge most profitable & at either the s$^d$ Jslands where you may arriue to deliuer o$^r$ addresse unto m$^r$ John Johnson at Barbados & to m$^r$ Joseph Martine at Nevis & from them to receive & observe orders & direction for yo$^r$ proceedure upon & conclusion of yo$^r$ voyage according to Charterparty; wee also advise you that to prevent any disappointment to yo$^r$ selfe of the hire of the Ship, that yo$^w$ make all Freight payable to yo$^r$ selfe by bills of loading, also for feare of death absence or other adversities, wee haue advised o$^r$ Freind to joine yo$^r$ selfe with whome ever else they shall Nominate in the consignment of the proceeds of yo$^r$ present loading, of w$^{ch}$ wee desire you to take speciall notice that according to the honesty of our intentions our Stock with you & yo$^r$ Ships earnings may first bee disposed to yo$^r$ Satisfaction & the overplus remaine with o$^r$ Freinds that may bee joined with you in the consignment or upon o$^r$ acco$^{ts}$ remitted to m$^r$ Robert Bensdish Merch$^t$ in London This wee hope may bee sufficient direction for the conduct of o$^r$ buisness under yo$^r$ charge; But in case of any such exigent or contingency as may render the observation hereof Jmpossible or pernicious then wee conceede that yo$^r$ own discretion and the best advice you can obtain may direct you in the progress (as wee expect that common reason & equity should you & yo$^r$ Owners in the issue) of yo$^r$ Voyage, which wee shall pray may bee prosperous being.

Yo$^r$ assured Freinds to Serve you

Richard Wharton<br>Thomas Bendish

Wee haue aduised our Freinds to supply any casuall want upon reasonable consideration, yo$^r$ care over yo$^r$ horsekeeper is desired, to take him into wages as hee may deserve after his present Service is ended, otherwise to dispose him into some of o$^r$ Vessells, where hee may haue imploiment & passage home.

. . . true Coppie . . . Js$^a$ Addington Cler

## Several depositions follow:

S. F. 1430.9

William Geerish Chirurgeon aged about twenty seven yeares Saith that hee lately belonging to the Ship Blessing James Elson Master in her Voyage to the Jndies hee never heard or understood that the s$^d$ Elson either protested or gaue any warning or notice to m$^r$ Bergier when the time limited by Charterparty expired: and the Depon$^t$ testifieth that hee hath sundry times manifested to the s$^d$ Elson his disatisfaction at the delay & loss of time in the west Jndies, and one time when m$^r$ Bergier had been long absent & the Ships company had little to doe, the Depon$^t$ moved the s$^d$ Elson to send to m$^r$ Bergier for orders or to know his intention & offered to goe himselfe to m$^r$ Bergier if the m$^r$ would hire him a horse (the way to traivail being very bad) but the s$^d$ Elson answered that if the

Ship lay there a twelue month hee would not hire a horse, and that other times hee hath heard the saide Elson Say that all was bound over to him for the paym$^t$ of the Ships hire, and if hee could but receive enough to pay the hire hee did not care; and sometimes upon occasion & when the Employers wrong & loss hath been spoken of, hee hath heard him say hee was not concerned for the Jmployers, but the Owners interest or words to that purpose and the depon$^t$ Saith that m$^r$ Elson hath sundry times been spoken too to protest ag$^t$ m$^r$ Bergier, but his answer was hee had not power so to doe, and the Depon$^t$ Saith that himselfe and others of the Ship's company did looke upon the Master to remiss in quickning m$^r$ Bergier to a dispatch: And further the Depon$^t$ Saith that hee findes by his Journall that the Ship stay'd at S$^t$ Christophers from the. 16th till the. 26th of June & there delivered out two or three parcells of Sugar, the number of caske the Depon't knows not; and the Depon$^t$ Saith that the s$^d$ Elson hath disc$^{ted}$ with the depon$^t$ two Shillings for every liver hee rec$^d$ for his wages in France & further Saith not

Thomas Wilkott Marriner aged about. 35. yeares testifieth that hee knowes the Substance of what is abouewritten and deposed to bee true, hee being Boatswayne of the s$^d$ Ship and perticularly the Doctors offer to goe to m$^r$ Bergier if m$^r$ Elson would hire him a horse & the m$^{rs}$ answer was in the words or to the same purpose that the Doctor hath deposed, onely the depon$^t$ Saith hee remembers not the M$^{rs}$ expression that hee was not concerned for the Jmployers, but hath heard difference between the m$^r$ & Doctor upon acc$^o$ of the Jmployers interest: And that theire Stay at Christofers & Disc$^t$ for the depon$^{ts}$ wages was as the testimony aboue declares.

Sworn in Court by both witnesses. January. 26$^o$: 1675

as Attests. Js$^a$ Addington Cler

There are others of the same tenor in S. F. 1430.12. Robert Sanderson and Jeremiah Dummer, the silversmiths, deposed (S. F. 1430.11) that the French crown was worth "not more than 5$s$ 5$d$ at most" in New England money; Augustin Mellot testified (S. F. 1430.8) that the ordinary exchange value of a "liver" from Boston to La Rochelle was 2$s$; but Peter Lorphelin deposed (S. F. 1430.10) that a friend of his had been able to obtain but 20$d$ for a French livre in Boston.

Elson's bill of lading from St. Kitts to La Rochelle, and his letter of introduction from Clerbaut Bergier, follow (S. F. 1430.13, 6):

¹ J James Elson Master under God of the Ship Blessing of Boston burthen two hundred tunns or thereabout being at ancor at present before S$^t$ Christopher for & with the first convenient weather which God shall send to pursue the Voyage untill & before the Citty of Rochell where shalbee my direct unloading, do acknowledge to have received under the deck of sd Ship of you Clerbaut Bergier the goods following viz$^t$ two hundred Forty hh$^{ds}$ & twenty quarter casks of Muscovado Sugar which are going for the acco$^{ts}$ & Riscos of m$^r$ Wharton & Bendish Bertram Servant James Elson William Gerrish dwelling in Boston, which Merchandizes J promiss to deliver in Rochell unto m$^r$ Debaussay, John Bailly and the s$^d$ Cap$^{ne}$ or unto his order Factors or Intermedler the danger of the Seas excepted of which

God keepe us: For the fulfilling of what aboue J haue obliged by these pursents my body goods & my s$^d$ Ship Freight & apparrell in Showing mee one of those bill of loading, & the s$^d$ Debaussay Bailly &$^a$ shalbee bound to pay mee for my Freight of the s$^d$ goods the Summe of ten deners per pound & shall cleare the company & other advarages & duties accustomed. Jn Witness whereof J Master abouementioned James Elson haue Signed of my hand three bills of loading . . . made in S$^t$ Christopher the fifth day of the month of July. 1675.

Received the number of Casks the quantity & contents not known.

Per mee James Elson

. . . true Coppie . . . Js$^a$ Addington Cler

In S$^t$ Christophers the 6th July. 1675.

S$^{rs}$

As m$^r$ Richard Wharton & Thomas Bendish M$^r$chants in New Enland haue directed here to mee the Cap$^t$ James Elson present bearer with order to direct him to you, w$^{ch}$ J do & according to the order w$^{ch}$ they ought to have given you, you shall dispose of the Cargo wholly seeing that it is for the produce of theire goods, as you shall see by the bill of loading herewith: they did promiss to send mee other Ship, which J haue order also to direct to you J conclude assuring you that J am

Yo$^r$ humble Servant

Bergier

To m$^{rs}$ Devanpray Senio$^r$ & m$^r$ Bailly merchant Jn Rochell

. . . true Coppie . . . Edward Rawson Secret.

Captain Elson explained these proceedings in the following deposition (S. F. 1430.14):

Boston the 17th of December. 1675

The deposition of James Elson Master of the Ship Blessing aged about. 32 yeares testifieth & Saith

That according to the orders of m$^r$ Richard Wharton & m$^r$ Thomas Bendish to whome the Ship Blessing was let per Charterparty, J applied myselfe to m$^r$ Mellot of Martineco, to whome J was ordered in the absence of m$^r$ Bergier, & by virtue of s$^d$ Mellots order J sailed s$^d$ Ship to Guardeloop where find s$^d$ m$^r$ Bergier J attended his order & sailed the s$^d$ Ship from Jsland to Jsland with him the s$^d$ Bergier & by his order for the unloading & reloading the Ship & that no time was spent with s$^d$ Ship in the west Jndies or on the Voyage but by s$^d$ Bergiers order, to whome J was consigned with the Ship, who also was concerned ¼. part of s$^d$ Ships Freightment as m$^r$ Richard Wharton told mee here, before wee sailed hence: Also that assoon as the Ship was loaden in the west Jndies m$^r$ Bergier gave mee his orders to Saile the Ship to Rochell & consigned the same to m$^r$ John Bailly there, where after the delivery of the Ship J made up an acco$^t$ with s$^d$ Bailly for the Ships hire and demurrage & is now in Court who paide mee the full of saide demurrage for the persons concerned in France, and J urgeing for all according to s$^d$ Acco$^t$ so made up, hee refused for m$^r$ Whartons & m$^r$ Bendish's parts for want of effects as appeares per the protest now in Court: And for my not protesting in the west Jndies as m$^r$ Wharton urges J could not doe that hee having a liberty per the Charterparty, paying 55. livers per diem till his orders

in the Jndies could dispatch the Ship, and for the dayes of demurrage & times of the Ships arrivall at the severall ports, is justly expressed in the acco$^t$ made up with m$^r$ Bailly which acco$^t$ is now in Court under saide Bailly's hand, and further that J am no waies concerned in this case but as Master of the Ship in behalfe of the owners: And further this deponent saith that hee received of m$^r$ John Bailly for so much of the produce of the Cargo as hee carried from the west Indies togeather with the Freight that the Ship made to Rochell but twelue thousand fiue hundred eighty Six livers Seventeen Sous & four deneirs as m$^r$ Bailly told mee it produced, & that the two thousand Six hundred [*torn*] eleven Livers eleuen Sous four deneirs hee advanced for the [*torn*] demurage of the Ship for the persons which lived in Fran[ce] & told mee hee would not advance anything for m$^r$ Wharton [*torn*] Bendishs parts having no effects of theires in his hands & furth[er] saith not:

Deposed in Court the. 17th Decemb$^r$ 1675. the Master adding that hee was not concerned otherwise then m$^r$ of s$^d$ Ship.    Edw$^d$ Rawson Secret.

 . . . true Coppie . . . Edward Rawson Secret
 Copia Vera . . . Js$^a$ Addington Cler

The owners, not liking these proceedings, wrote to Michel Boucher, merchant of La Rochelle, a letter (S. F. 1430.3) which reveals more respecting the fish trade between New England and France.

             Boston January 28: 1675
M$^r$ Bourcher

 S$^r$ yo$^{rs}$ of the 25 of March and 5th of Aprill last wee received, Togeather with The protest of y$^e$ Bills of Exchange M$^r$ Bergier drew, and by a post Script to yo$^r$ last y$^w$ Jntimate a possibility of getting paym[$^t$] M$^r$ Bayly being Concerned in M$^r$ Bergiers business, wee haue ever since Expected To haue had yo$^r$ advice, what Success y$^w$ had in the matter and for want thereof haue been at Some loss how to Deale w$^{th}$ M$^r$ Bergier, but receiving noe new orders, or advice, from y$^w$, and he [ariv]ing heer without any estate, and in Expectacion of Some Supply from France (which also faild) wee were forced To make a Vertue of Necessity, and Take an Assignacion from him of his Concerne Sent [home] in y$^e$ Severall Ships from y$^e$ Jndyes, great part whereof he protests he purposely Devoted and Directed To yo$^r$ Satisfaccion, And he Seems To be much Concerned That his effects should be Jntercepted, or misimployed, Wee heerwith Send y$^w$ y$^e$ sd Assignacion and Sundry Bills of Loading and of Exchang, To Jnforme y$^w$ what sd Bergier hath sent, and To whom; Particulerly y$^w$ will receive a Bill of Loading Signed by James Elson for 46: hhds of Sug$^r$ Eleven baggs of Cotton wooll, and some other Small matters, Togeather w$^{th}$ y$^e$ Sd Elson and his Chirurgeons oath, Jndorsed upon y$^e$ s$^d$ Bill That y$^e$ Sd goods were Delivered To M$^r$ Bayly, By all which (if y$^w$ haue not already received Satisfaccion) wee doubt not but y$^w$ wilbee inabled To recover yo$^r$ right; S$^r$ For want of acquaintance w$^{th}$ M$^r$ Bergier, when he arived heer wee haue not onely Created this trouble to y$^w$, but great Damage and loss to our Selves, and Sundry of our friends, And wee Canot Thinke y$^t$ M$^r$ Bayly hath been [Kind] unto us, in recomending M$^r$ Bergier to us as y$^e$ person whom he advised us To Consigne his our owne & friends Concernm$^{ts}$ to in y$^e$ West Jndyes, for before M$^r$ Bergier arived heer M$^r$ Bayly Sent M$^r$ Mellott hither, with a licence or passport for an English Ship To Trade in y$^e$ French plantacions, and acquainted us That soone after he [would] send us more passports, for more

ships and then M$^r$ Bayly prop[ound]ed to us to Concern our selvs and friends w$^t$ part wee pleased in y$^e$ [s]d Ships loading, and Cargoes, and gaue Jnstruccion in writing to y$^e$ sd Mellott, what Cargoes To provide for Louding of sd Ships, Expressly injoyning That Such Ships should be Consigned to To his Coos: M$^r$ Clerbo Bergier, And [w]ee by our advice were to [lae] our Dirrections from y$^e$ Jnstruccions given M$^r$ Mellott; and Jndeed by y$^e$ rep$^r$sentacion of the affayres to us, wee thought M$^r$ Bergier had been of great account, and reputacion, and the onely person who by his Jnterest had obtayned those licences, and none else Capable enough to Jmprove them, — Besides M$^r$ Mellott then heer Concealed M$^r$ Bergiers Condicion from us and gaue us all Jmaginable Jncouragem$^t$ To Creditt and Concern ourselvs & friends with M$^r$ Bergier, By which and what wee further p$^r$sume To Trouble y$^w$ with, y$^w$ will See y$^t$ wee haue been insnared for want of good advice from M$^r$ Bayly and M$^r$ Mellott,

with This y$^w$ will receive yo$^r$ acc$^o$ of Sales, and acc$^o$ Curr$^t$ w$^{ch}$ wee purposed to haue ballanced in y$^e$ Sommer, But a Ship y$^t$ M$^r$ Bayly sent hither by w$^{ch}$ wee recd yo$^r$ protest, Kept us in Expectacion of it till y$^e$ Summer was passd, and all our Bilboa fleet gone, and afterwards y$^e$ person Jntrusted with y$^e$ Direccion of sd Ship went with her to y$^e$ Jndyes, nor hath any other ship gone this yeare To Rochell y$^t$ wee know of, and our Concerns there are Soe Small That wee found not occasion to hire one, And now meeting with This oppertunity for Bourdeux, wee haue shipd for acc$^o$ of Some Gentlemen there Some Small quantity, and should haue shipd y$^e$ full ball$^{ce}$ of yo$^r$s alsoe, for y$^t$ port But y$^e$ unseasonable weather & y$^e$ great hinderance that thereby hath happend in her Loading, hath made us Jmbrace another way, that wee hope may be more advantageous to y$^w$ then to send y$^w$ fish that in probability would Come to late for y$^e$ Lentt, Therefore wee send y$^w$ Bills of Exchg Drawne by Capt$^n$ J$^n$ Phillips and one of us, upon M$^r$ Bayly for £2117:08:07$^d$; and in Case he refuse acceptance and paym$^t$ wee haue made an Assignment to yo$^r$ Selfe, with Sufficient proofe annexed that he hath soe much of y$^e$ Drawers in his hands, w$^{ch}$ for want of good advice from M$^r$ Bergier he Detayned from Capt$^n$ Hobbart, as supposing M$^r$ Bergier and himselfe Concerned, whereas there was a Division (according to agrem$^t$) made in y$^e$ Jndyes, and the part that belong[s] to M$^r$ Bergier and M$^r$ Bayly left in M$^r$ Bergiers hands Jf y$^w$ please To read y$^e$ papers relateing heerto y$^w$ will Clearly See That y$^e$ Ship Katherine was loaden heer for y$^e$ French Jslands, & the Cargoe sent thence in Company halfe Capt$^n$ Phillips & Wharton, & halfe for M$^r$ Bergier and M$^r$ Bayly, and that y$^e$ Suger produced with the sd Cargoe was to be Divided in y$^e$ Judges, and the halfe belonging to y$^e$ Concerned heer to be Deliverd to C$^t$ Hobbard Comander of y$^e$ Ship and in y$^e$ Ship to be Carryed to Rochell for acc$^o$ of of the Concerned heer, and upon their adventure [&] M$^r$ Bergier to Dispose of the other halfe for acc$^o$ of himselfe and M$^r$ Bayly which might alsoe haue Come for Rochell in ye Same Ship if M$^r$ Bergier had seen it good, but it seems he otherwise Disposed of it, And when y$^e$ Ship arived The Master Confideing in M$^r$ Bayly Comitted the Sug$^r$s That belonged to his Jmployers heer to M$^r$ Bayly to sell w$^{ch}$ when he had Done although he passd his receit upon y$^e$ Bill of Loading, yett upon p$^r$tence of his and M$^r$ Bergiers Jnterest he Detayned y$^e$ aforesd sume of £2117:8$^s$7$^d$ in his hands y$^e$ Reasons y$^w$ will find in his letter heerwith sent y$^w$, and wee Doubt not but when y$^w$ shall make Demand and Comunicate y$^e$ assignm$^t$ and evidences but y$^t$ he will accept and pay the bills, and lest y$^w$ should Sustayne any wrong by this Exchange, wee Doe oblige ourselvs That whatsoever y$^e$ Samme Valew laid

out in fish would, or Doth yeild when this ship arives, Clear of Charge wee will allow it to yo$^r$ acc$^o$, upon yo$^r$ advice and onely Deduct this Summe; if y$^w$ receive it, and in regard there is a probability of Some Trouble in y$^e$ recovery of This Summe, wee shalbee willing To recompence it by freeing y$^w$ from y$^e$ adventure of y$^e$ Sea, and makeing soe much money good to yo$^r$ acc$^o$ as y$^e$ fish that might be purchaced w$^{th}$ what is yo$^r$ Due heer may yeild Clear in France, w$^{ch}$ wee hope wilbee soe Satisfactory to y$^w$ as to perswade y$^w$ To Jndeavour y$^e$ recovery of this Summe thus assigned y$^w$, M$^r$ Mellott is now with us and before he parts wee will efectually provide That y$^e$ Money he was To remitt y$^w$ shalbee paid with Due Consideracion and that & what more may be Due to y$^w$ shalbee sent y$^w$ by Exchange, or in fish logwood, or hides as y$^w$ shall Direct, wee Could Send y$^w$ plentifull Testimony of y$^e$ bad Condicion of yo$^r$ wyne, but none y$^t$ any thing Considerable was Damnifyed aboard, but yo$^r$ Cooper had been Very negligent in putting it into Corrupt and Crazy Caske, Those y$^t$ bought it haue Considerable part by them, w$^{ch}$ they Can neither Sell at any price nor turne To Vinegar, wee are heartily Sorry y$^t$ wee Can giue noe better Jncouragem$^t$ To y$^t$ Good Disposicion y$^w$ manifest to a Trade to this place, all lynnens Silks & Dry goods are Very Plentifull & Cheap, and Soe like to Continue y$^e$ next year By Reason of warr, with y$^e$ Salvages which Doth much obstruct trade, Wheat Rye Brandy Some Sound wyne and Vinegar will probably sell to good advannce, And if it be yo$^r$ pleasure To make Tryall To recover yo$^r$ first loss, wee Judg y$^w$ may receive good advice from one M$^r$ J$^n$ Toton, of yo$^r$ owne nacion, that Comes in in this shipp — he is well Knowne to M$^r$ Bayly, and well Knows y$^e$ state of this Countrey, and hath a good reputacion amongst us, and if y$^w$ Concern yo$^r$ Selfe with him, or any other y$^t$ may Come over, one of us will readily assist them but shall not otherwise Meddle with any of yo$^r$ affayres, Till by a better occasion y$^n$ y$^e$ form$^r$ wee may assure y$^w$ that wee are

S$^r$ yo$^r$ Faithfull Serv$^{ts}$

Richd Wharton & Comp$^a$

S$^r$ Jn Case y$^w$ faile of Satisfaccion for y$^e$ form$^r$ Bills of Exchange if y$^w$ Can procure an assignacion of M$^r$ Duportand for y$^e$ Bill of Loading Signed by M$^r$ Elson & send over with M$^r$ Bergiers assignacon now Sent y$^w$ w$^{th}$ good evidence wee shalbee able To recover y$^e$ Goods of s$^d$ Elson in regard he Delivered them not according to Bill of Loading

Fish hath all this Summer & autumne been 20$^s$ at least 19$^s$ it is now 15$^s$ per Q$^{ll}$ and about 3$^d$ Charg in shipping.

R W

From Boucher they received the following notary act (S. F. 1454.1 — apparently the original):

| Generalité | ⎡ Coat ⎤ | de Poitiers |
|:---:|:---:|:---:|
| petit papier | ⎣ of Arms ⎦ | un sol |
| pour | | feuille |

Aujourdhuy Neufiesme Apuril mil six cens soixante seize le Requeram le sieur Michel Boucher marcham de ceste ville y demeuram Rue du temple parroisse de saimt Sauueur, Moy notaire Royal rezerué en la ville de la Rochelle soubzsigné me suis aueg luy transporté en la maison et domicille du sieur Jean bailly aussy marcham en ceste dite ville s[i]zé rue de saimt yon dite parroise de saimt Sauueur

ou estam parlam a la personne dudit Sieur bailly, ledit sieur boucher a presenté et faict voir vne lettre dechange Escripte descripture et langue angloize dom la teneur sur la traduction quy en a esté faite de ladite escripture, en celle francoize suit, a boston januier 26. 1675 stile dangleterre, a vingt Jours de veue par cette nostre première dechange, nostre seconde et troisiesme nestam point payéé, Payez a mons<sup>r</sup> michel Boucher ou ordre la somme de deux mil Cem dix sept liures pour valleur Receue jcy Ne menques pas de faire bon payeman Et postez le mesme comme par aduis et compte de Vos seruiteurs John phillips, Richard Warton, a Costé a monsieur Jean bailly marcham a la rochelle, comme aussy a ledit Sieur boucher presenté audit sieur bailly la lettre dauis a luy escripte par les tireurs de la lettre dechange dom est question dattée de boston le 26. Januier 1675 Escripte aussy en langue Et Escripture Engloize laquelle ledit sieur Boucher apres auoir Icelle parraphee de son paraphe ordinaire Ne varietur la offerte delliurer et mettre es mains dudit Sieur bailly, Sommam. Icelluy djcelle prendre et [Rece]uoir, et de presenteman accepter ladite lettre [de]change sus dattéé et dom est question pour la payer dans son temps, Protestam ledit s<sup>r</sup> boucher que faute de ladite acceptation Et payeman et du Conteneu en Icelle jl poursuiura en justice ledit Sieur bailly aux perils risques et fortunes desdits Phillips Et Warton en vertu de leur procuration Et pieces Justifficatifues quils luy om enuoyé a cest effet Et dom dutom jl donnera Coppie audit bailly, la traduction estam preallablemam faite, le tom Soubs les protestations expresses que fait ledit Sieur Boucher par ces presentes denestre veu A prouuer les remizes faittes par lesdits phillips Et Warton audit boucher en lettres dechange dom celle cydessus fait partye et de se pouruoir contre et sur les effets djceux phillips Et Warton pour ce quy luy est par eux deub, Et Encore tam contreux que Contre ledit bailly pour raison de la susdite Lettre dechange susdattéé dechange Rechange frais des [pans] dommages et Interrests, mesme de prendre pareille somme de deux mil Cem Dixsept liures auchange Et generallemam de tom ce quil peut et doibt protester en Rencontre semblable et de ses droits contre les Vngs et les autres A quoy ledit sieur bailly a fait responce quil ne voulloit accepter ladite lettre [d]echange my payé le conteneu en [jcelle] pour nauoir aulcunes prouisions ny ne debuoir aulcune chose aux tireurs et que les protestations contre luy faites ne luy puisse nuire ny prejudicier, Et a seullemam pris et Accepté Ladite lettre dauis paraphée que dite est cydessus, duquel reffus dacceptation ledit sieur boucher a requis acte et de ce quil a persisté Es susdites Sommacions et protestation, ce quy luy a par moy esté octroyé Ensemble de ce que jay audit sieur bailly dellaissé coppié des presentes a la rochelle Le jour et an de lautre part presensts tesmoings Jean parier et anthoine billé clerg demeurams en ladite Rochelle Et a ledit bailly Refuze de signer quoy que requis de le faire. Signe en la [    ] des presentes M. boucher, J. parier, Billé et bourot no<sup>re</sup> royal a Costé est escrit Co[    ] a la ro<sup>ll</sup> le 10 apuril 1676 folio 205 du xix registre

Bourot
Notaire Royal

Wee Whose names are Vnder Written English Merchants Resident in Rochell do Certifie all Whome it May Conserne that the a Boue named Bourot is a Nottaire publique ordained by the king passeing all acctts of Iustis acording to Law as Wettnesses our hands in Rochell the 22th Ieune 1676

Andrew Stirckey & C<sup>o</sup>.
Andrew: Whitley

[*Endorsed:*]

Sommation le sieur Michel Boucher Au sr Jean Bailly 1676
Protest de la lettre de 2117<sup>li</sup> sur monsieur Bailly

The Court of Assistants (Records, i. 58) upheld the verdict of the lower Court and ordered Elson to pay 14s additional costs.]